sxb

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

APR 1 9 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

April Clifton )
10534 S yates Apt 21 )
Chicago IL 60617 )
(773) 418-6188 )
_____ )  CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )  1:19-cv-02646
)  Judge Manish S. Shah
Life Care at Home )  Magistrate Judge Sheila M. Finnegan
5550 South Shore Drive )
Chicago IL 60637 )
773) 832-8860 (773) 358-7433 )
_____ )
(Name of the defendant or defendants) )

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **April Clifton** of the

county of **Cook** in the state of **Illinois**.

3. The defendant is **Life care at Home**, whose

street address is **5550 South Shore Drive**,

(city) **Chicago** (county) **COOK** (state) **IL** (ZIP) **60634**

(Defendant's telephone number) **(773) – 832-8860 – (773)358-7433**

4. The plaintiff sought employment or was employed by the defendant at (street address)

**5550 Southshore Drive** (city) **Chicago**

(county) **COOK** (state) **IL** (ZIP code) **60637**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.  The plaintiff [*check one box*]

    (a)☐      was denied employment by the defendant.

    (b)☐      was hired and is still employed by the defendant.

    (c)☒      was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about,

    (month)_Sept_____, (day)__17___, (year)_2019_.

7.1    *(Choose paragraph 7.1 or 7.2, do not complete both.)*

           (a) The defendant is not a federal governmental agency, and the plaintiff   [*check*

           one box]    ☒ *has not*           filed a charge or charges against the defendant
                       ☐ *has*

    asserting the acts of discrimination indicated in this complaint with any of the following

    government agencies:

        (i)      ☒ the United States Equal Employment Opportunity Commission, on or about

                 (month)_Sept_____ (day)_17___ (year)_2018___.

        (ii)     ☐ the Illinois Department of Human Rights, on or about

                 (month)_____ (day)_____ (year)_____.

       (b)  If charges *were* filed with an agency indicated above, a copy of the charge is

    attached.    ☒ YES.    ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois

    Department of Human Rights to cross-file with the other agency all charges received.  The

    plaintiff has no reason  to believe that this policy was not followed in this case.


7.2      The defendant is a federal governmental agency, and

             (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

             defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)  The plaintiff received a Final Agency Decision on (month)_____ (day) _____ (year) _____.

(c)  Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES  ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES  ☐ NO, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐  the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☒  the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on
(month)__April__ (day)__5__ (year)__2019__ a copy of which
*Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐  Age (Age Discrimination Employment Act).

(b) ☒  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

_____

14.     **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ☒ YES   ☐ NO

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐     Direct the defendant to hire the plaintiff.

(b) ☐     Direct the defendant to re-employ the plaintiff.

(c) ☐     Direct the defendant to promote the plaintiff.

(d) ☐     Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐     Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐     Direct the defendant to (specify): _____

_____

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☒     If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒     Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_April Clifton_____

(Plaintiff's name)

_April Clifton_____

(Plaintiff's street address)

_10534 S Yates Apt 21_____

_____

(City) _Chicago_____ (State) _IL___ (ZIP) _60617___
(Plaintiff's telephone number) ( _773_ – _418-6188_____

Date: _4/18/2019_____

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

April D. Clifton
10534 S. Yates, Apt. 21
Chicago, IL  60617

Chicago
September 21, 2018

Re:     Unregistered
in relation to
April D. Clifton
No. 2018IN03718

Dear Ms. Clifton:

We have received your request for an investigation of Life Care at Home and Montgomery Place.

The duties of this Commission relate only to the regulation of the practice of law in the State of Illinois.  We have no authority over the entities referenced in your request.

You may wish to report your concerns to the Illinois Department of Public Health, Central Complaint Registry, 535 W. Jefferson St., Springfield, IL 62761.

Very truly yours,

Althea K. Welsh
Senior Counsel
ARDC Intake Division

AKW:ck
MAINLIB_#1075335_v1

*[handwritten notes: FAX 217-324-6292  Cancel  1800 269-0021  Abraham Steven 1855 630-7762  41872-  USA Legal Docs.com  Client Services 1800-951-8455  Client # 1329067  773-418-6188]*

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION



## PRE-CHARGE INQUIRY

For Official Use Only – Inquiry Number:
846-

Thank you for contacting the U.S. Equal Employment Opportunity Commission ("EEOC"). The information you give us on this Pre-Charge Inquiry (Form 290A) will help us assist you and determine if your concerns are covered by the employment discrimination laws we enforce. Answer **all** questions completely and briefly. Please write clearly.

After completing this Pre-Charge Inquiry, **return it immediately** to the EEOC office identified in the cover letter to this Pre-Charge Inquiry, or to the receptionist if you are completing this Pre-Charge Inquiry in an EEOC office.

**Please note: This Pre-Charge Inquiry is not a Charge of Discrimination.**

The Pre-Charge Inquiry is **not intended** for use by applicants for federal jobs or employees of the US government. See http://www.eeoc.gov/federal/fed_employees/complaint_overview.cfm for discrimination complaints in federal jobs.

| | |
|---|---|
| **Personal Information** | First Name: April    MI: D   Last Name: Clifton<br><br>Home Phone: (___) _____   Cell: (773) 418-4188  Email: AprilClif@gmail.com<br><br>Address: 1054 S Yates    Apt.: 24<br><br>City: Chicago    County: IL   State: IL  Zip Code: 60617<br><br>What is the best way to reach you? Cell<br><br>What are the best days and times to reach you? Anytime after 10:00AM<br><br>Do you need language assistance? Yes ☐ No ☑<br><br>If so, what do you need? _____<br><br>Date of Birth: 04 / 29 1981    Sex: Male ☐ Female ☒<br><br>General information about you that will allow us to serve all individuals better:<br><br>i. Are you Hispanic or Latino? Yes ☐  No ☑<br><br>ii. What is your race? Choose all that apply: American Indian or Alaskan Native ☐   Asian ☐<br><br>Black or African American ☒   Native Hawaiian or Other Pacific Islander ☐   White ☐<br><br>iii. What is your National Origin or ancestry? _____ |
| **Who do you think discriminated against you?** | Employer ☒   Union ☐   Employment Agency ☐   Other Organization ☐<br><br>Organization Name: Life Care at Home / Montgomery place<br><br>Address: 5550 S Shore Drive    Suite: LL<br><br>City: Chicago    County: Cook   State: IL  Zip Code: 60637<br><br>Name of Human Resources Director or Owner: Deborah Hart / John Human Resource<br><br>Email: Lifecare a Home.    Phone: (773) 368 - 7438 |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **Who do you think discriminated against you?**<br><br>**(continued)** | How many employees (estimated) does the organization have at all locations? Check one:<br><br>Less than 15 ☐    15-100 ☒    101-200 ☐    201-500 ☐    More than 500 ☐<br><br>Where you work(ed), or applied to work, if different from the organization address above:<br><br>Address: _____N/A_____ Suite: _____<br><br>City: _____ County: _____ State: _____ Zip Code: _____ |
| **Why do you think you were discriminated against?** | I think I was discriminated against because of:<br><br>☒ Race – Your race: _____African American_____<br><br>☒ Color – Your color: _____Black_____<br><br>☐ Religion – Your religion: _____<br><br>☐ Sex (including pregnancy, gender identity, or sexual orientation)<br><br>☐ National origin – Your national origin: _____<br><br>☐ Age (40 or older) – Your age at the time of the adverse employment action: _____<br><br>☐ Disability – Check all that apply:<br>  ☐ I have a disability<br>  ☐ I had a disability in the past<br>  ☐ I don't have a disability but I am treated as if I have a disability<br>  ☐ I am closely related to or associated with a person with a disability<br><br>  The disability involved: _____<br><br>  Is your employer aware of the disability? Yes ☐   No ☐<br><br>  If yes, how? _____<br><br>☐ Genetic information, my family medical history, or my participation in genetic services like counseling, education or testing<br><br>☐ Retaliation – Check all that apply:<br>  ☒ I filed a charge of job discrimination about any of the above<br>  ☐ I contacted a government agency to complain about job discrimination<br>  ☒ I complained to my employer about job discrimination<br>  ☒ I helped or was a witness in someone else's complaint about job discrimination<br>  ☐ I requested an accommodation for my disability or religion<br><br>☐ None of the above – The reason for this inquiry: _____ |
| **What happened to you that you think was discriminatory and when did it happen?** | EXAMPLES: I was denied an accommodation I needed to perform my job; I was fired because I was pregnant; I was laid off because of my age. State the date the action happened.<br><br>Date: 9 / 17 / 2018  Action: _____<br><br>_____<br><br>Date: ___/___/_____  Action: _____<br><br>_____<br><br>Name of Person(s) Responsible: _____ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

I have with

If My superior Don't think she will take cause she told me Take apart of her Reglion

| | |
|---|---|
| **Are there any witnesses to any of the job actions taken against you? If yes, please provide their contact information and tell us what they will say.** | 1. Name: Kathy Semrow Job Title: _____<br>Email: _____ Phone: (___) _____<br>What will they tell us? _____<br>_____<br>2. Name: _____ Job Title: _____<br>Email: _____ Phone: (___) _____<br>What will they tell us? _____<br>_____ |
| **Have you already filed a charge on this matter with the EEOC?** | Yes ☒  No ☐   So long again don't Remember but with A. Juskight<br>If yes: Date you filed: ___/___/___  Charge Number: _____ |
| **Have you filed a complaint on this matter with another agency?** | Yes ☐  No ☐<br>If yes: Agency name: A. Juskight _____<br>Date you filed: ___/___/2015  Complaint Number: Don't Remember |
| **Do you have someone representing you in this matter?** | Yes ☐  No ☒<br>If yes: Attorney ☐   Union ☐   Other ☐<br>Name: _____ Date of Contact: ___/___/___<br>Email: _____ Phone: _____ |
| **Who can we contact if we are unable to reach you?** | Name: Deborah Jackson _____ Relationship: Mother<br>Address: 9920 S Van Vlissingen City: Chicago State: IL Zip Code: 00617<br>Email: _____ Home Phone: (___) _____ Cell: (773) 503-2621 |
| **Privacy Act Statement** | This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are: 1) EEOC PRE-CHARGE INQUIRY, FORM 290A, ISSUED OCTOBER 2017. 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. §12117(a). 3) PRINCIPAL PURPOSE. The purpose of this form is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge counseling, if appropriate. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's assessment of your situation. It is not mandatory that this form be used to provide the requested information. EEOC Pre-Charge Inquiry, Form 290A, issued October 2017. |

Please note: You must file a charge of job discrimination within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located where a state or local government agency enforces job discrimination laws on the same basis as the EEOC's laws. **This Pre-Charge Inquiry is not a charge.** If you would like to file a charge of discrimination immediately, contact the EEOC office on the cover letter. We recommend that you keep a copy of your completed Pre-Charge Inquiry and the Cover Letter for your records.

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **What reason(s) were you given for this job action?** | Reason(s): _____<br><br>_____<br><br>Who told you this? _____ His or Her Job Title: _____ |
| **What is your job, previous job, or the job you applied for?** | Date Hired: 10 / 12 / 2016 Job Title at Hire: Caregiver / Transportation<br>Annual Pay Rate When Hired: 12.25 Last or Current Annual Pay Rate: 13.25<br>Job Title at Time of Alleged Discrimination: Transportation / Caregiver<br>Date Your Employment Ended: ___/___/_____ Select One: Quit ☐ Discharged/Laid off ☐<br>Name and Title of your Immediate Supervisor: Director<br>Job Applicants - What was the title of the job you applied for: Caregiver / Transportation<br>Date you applied: ___/___/_____ Date you found out you were not hired: 14 8, 2016 |

<table>
<tr><td colspan="2" align="center"><strong>Was another person in the same or similar situation treated the same, better, or worse than you?</strong><br><strong>EXAMPLES: Who else applied for the same job? Who else had the same attendance record? Who else had the same performance appraisal?</strong></td></tr>
<tr>
<td><strong>Who was treated BETTER than you?</strong></td>
<td>1. Name: Vesel Ka Rajie    Job Title: Housekeeper<br>Email: _____ Check how they are different from you:<br>Race ☒ Color ☒ Religion ☒ Sex ☐ National Origin ☒ Age ☐ Disability ☐<br>How were they treated better? She haven't gotta no write up<br>or not being harrash by her Boss or Maybe talk to <span>Date: 9/17/2018</span><br><br>2. Name: _____ Job Title: _____<br>Email: _____ Check how they are different from you:<br>Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐<br>How were they treated better? _____<br>_____ Date: ___/___/_____</td>
</tr>
<tr>
<td><strong>Who was treated WORSE than you?</strong></td>
<td>Name: Nicolle    Job Title: Housekeeper<br>Email: 773-930-6794 Check how they are different from you:<br>Race ☒ Color ☒ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐<br>How were they treated worse? She get call en office on any<br>thing she do, Date: ___/___/_____</td>
</tr>
<tr>
<td><em>i put on his Call.</em><br><strong>Who was treated the SAME as you?</strong></td>
<td>Name: Stephen Gladney    Job Title: Caregiver<br>Email: _____ Check how they are different from you:<br>Race ☒ Color ☒ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐<br>How were they treated the same? They Never Show him how feel<br>Out a lunch from then He when over the Date: 9/___/___<br>Stepen was head to Deborah Hart she she of once who<br>Racist    CEO.</td>
</tr>
</table>

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| Who do you think discriminated against you? (continued) | How many employees (estimated) does the organization have at all locations? Check one:<br><br>Less than 15 ☐  15-100 ☒  101-200 ☐  201-500 ☐  More than 500 ☐<br><br>Where you work(ed), or applied to work, if different from the organization address above:<br><br>Address: _____N/A_____ Suite: _____<br><br>City: _____ County: _____ State: _____ Zip Code: _____ |
|---|---|
| Why do you think you were discriminated against? | I think I was discriminated against because of:<br><br>☒ Race – Your race: _African American_<br><br>☒ Color – Your color: _Black_<br><br>☐ Religion – Your religion: _____<br><br>☐ Sex (including pregnancy, gender identity, or sexual orientation)<br><br>☐ National origin – Your national origin: _____<br><br>☐ Age (40 or older) – Your age at the time of the adverse employment action: _____<br><br>☐ Disability – Check all that apply:<br>  ☐ I have a disability<br>  ☐ I had a disability in the past<br>  ☐ I don't have a disability but I am treated as if I have a disability<br>  ☐ I am closely related to or associated with a person with a disability<br><br>The disability involved: _____<br><br>Is your employer aware of the disability? Yes ☐   No ☐<br><br>If yes, how? _____<br><br>☐ Genetic information, my family medical history, or my participation in genetic services like counseling, education or testing<br><br>☐ Retaliation – Check all that apply:<br>  ☒ I filed a charge of job discrimination about any of the above<br>  ☐ I contacted a government agency to complain about job discrimination<br>  ☒ I complained to my employer about job discrimination<br>  ☒ I helped or was a witness in someone else's complaint about job discrimination<br>  ☐ I requested an accommodation for my disability or religion<br><br>☐ None of the above – The reason for this inquiry: _____ |
| What happened to you that you think was discriminatory and when did it happen? | EXAMPLES: I was denied an accommodation I needed to perform my job; I was fired because I was pregnant; I was laid off because of my age. State the date the action happened.<br><br>Date: _4_/_19_/_2018_ Action: _____<br><br>_____<br><br>Date: ___/___/_____ Action: _____<br><br>_____<br><br>Name of Person(s) Responsible: _____ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

If My Supervvor Don't Thunk she will take 'cause she told me Thake apar of h reqk

| | |
|---|---|
| **Are there any witnesses to any of the job actions taken against you? If yes, please provide their contact information and tell us what they will say.** | 1. Name: Kathy Semrow  Job Title: _____<br>Email: _____  Phone: (___) _____<br>What will they tell us? _____<br>_____<br>2. Name: _____  Job Title: _____<br>Email: _____  Phone: (___) _____<br>What will they tell us? _____<br>_____ |
| **Have you already filed a charge on this matter with the EEOC?** | Yes ☒  No ☐  So long again don't Remember but with A. Jiskeight<br>If yes: Date you filed: ___/___/___  Charge Number: _____ |
| **Have you filed a complaint on this matter with another agency?** | Yes ☐  No ☐<br>If yes: Agency name: A. Juskeight<br>Date you filed: ___/___/2015  Complaint Number: Don't Remember |
| **Do you have someone representing you in this matter?** | Yes ☐  No ☒<br>If yes: Attorney ☐  Union ☐  Other ☐<br>Name: _____  Date of Contact: ___/___/___<br>Email: _____  Phone: _____ |
| **Who can we contact if we are unable to reach you?** | Name: Deborah Jackson  Relationship: Mother<br>Address: 9920 S Van Vlissinge  City: Chicago  State: IL  Zip Code: 60617<br>Email: _____  Home Phone: (___) _____  Cell: (773) 503-2621 |
| **Privacy Act Statement** | This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are: 1) EEOC PRE-CHARGE INQUIRY, FORM 290A, ISSUED OCTOBER 2017. 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. §12117(a). 3) PRINCIPAL PURPOSE. The purpose of this form is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge counseling, if appropriate. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's assessment of your situation. It is not mandatory that this form be used to provide the requested information. EEOC Pre-Charge Inquiry, Form 290A, issued October 2017. |

Please note: You must file a charge of job discrimination within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located where a state or local government agency enforces job discrimination laws on the same basis as the EEOC's laws. **This Pre-Charge Inquiry is not a charge.** If you would like to file a charge of discrimination immediately, contact the EEOC office on the cover letter. We recommend that you keep a copy of your completed Pre-Charge Inquiry and the Cover Letter for your records.

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

9/17/2018 Time 10:45 — 11:40

The incident happen going to Bathroom on 1 floor and she only had Sign on Men Bathroom Door. I walk around to women Bathroom not know Somebody was in Bathroom She came out saying the floor wet. I politely told I had use the Bath there was no Sign by the women Bathroom. She own phone with Phone company about her phone being Broken Screen, I came out the Bathroom She said Shut up and listen The Sign mean don't come in Bathroom I Said They Our By the date in Bathroom

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date)

9/17/2018

B. The Equal Employment Opportunity Commission (check one):

☐ has not issued a Notice of Right to Sue letter.

☐ issued a Notice of Right to Sue letter, which I received on (date) _____.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct (check one):

☐ 60 days or more have elapsed.

☒ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Stephi
S
S
Glad
Stephen Gladney

Page 5 of 6